**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **YOLANDA E. QUEWON** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No.  2:25-cv-06891-JDW** |
| | : | |
| **PHILADELPHIA HOUSING** | : | |
| **AUTHORITY,** *et seq.* | : | |
| **Defendants.** | : | |

**<u>ORDER</u>**

AND NOW, this 21st day of May, 2026, upon consideration of Plaintiff Yolanda Quewon's Motion to Proceed *In Forma Pauperis* (ECF No. 6), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED** pursuant to 28 U.S.C. § 1915.

It is **FURTHER ORDERED** that the Amended Complaint is **DEEMED** filed.

It is **FURTHER ORDERED** that the Clerk Of Court shall **ADD** Philadelphia Gas Works and the City of Philadelphia as Defendants in this case, consistent with the Amended Complaint.

It is **FURTHER ORDERED** that the Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that Ms. Quewon may file a second amended complaint on or before June 26, 2026. Any second amended complaint must identify all defendants in the caption of the second amended complaint in addition to identifying them in the

body of the second amended complaint and shall state the basis for Ms. Quewon's claims against each defendant. The second amended complaint shall be a complete document that does not rely on the initial Complaint, the Amended Complaint, or other papers filed in this case to state a claim. When drafting her second amended complaint, Ms. Quewon should be mindful of my reasons for dismissing the claims in her Amended Complaint as explained in the accompanying Memorandum. Upon the filing of a second amended complaint, the Clerk shall not make service until I so order.

It is **FURTHER ORDERED** that the Clerk Of Court shall send Ms. Quewon a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Ms. Quewon may use this form to file her second amended complaint if she chooses to do so.

If Ms. Quewon does not intend to file a second amended complaint and instead intends to stand on her Amended Complaint as originally pled, she may file a notice with the Court on or before June 26, 2026, stating that intent, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Amended Complaint," and shall include the civil action number for this case.

If Ms. Quewon fails to file any response to this Order, then I will conclude that Ms. Quewon intends to stand on her Amended Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

**JOSHUA D. WOLSON, J.**