**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| YOLANDA E. QUEWON | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **Case No.  2:25-cv-06891-JDW** |
| | : | |
| **PHILADELPHIA HOUSING** | : | |
| **AUTHORITY,** *et al.* | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 22nd day of July, 2026, upon consideration of Plaintiff Yolanda E.

Quewon's Second Amended Complaint (ECF No. 10), it is **ORDERED** that the Second

Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the

accompanying Memorandum. The Clerk of Court mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
_____
**JOSHUA D. WOLSON, J.**